# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2019 ND 244

First National Bank of Omaha,                               Plaintiff and Appellee

v.

James C. Young,                               Defendant and Appellant

No. 20190113

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Steven L. Marquart, Judge.

AFFIRMED.

Per Curiam.

Amber R. Hofer (argued) and Eeva M. Wendorf (on brief), Fargo, ND, for plaintiff and appellee.

James C. Young, Fargo, ND, defendant and appellant.

# First National Bank of Omaha v. Young
## No. 20190113

**Per Curiam.**

[¶1] James Young appeals from a summary judgment awarding First National Bank of Omaha $13,106.31 for unpaid credit card debt and dismissing Young's counterclaims. On appeal, Young argues the district court erred in granting summary judgment because he settled the credit card debt with First National and the court misinterpreted the card member agreement. He also contends the court failed to address his counterclaims against First National. We conclude the summary judgment is supported by the record. We summarily affirm under N.D.R.App.P. 35.1(a)(6).

[¶2]   Gerald W. VandeWalle, C.J.
Lisa Fair McEvers
Daniel J. Crothers
Jerod E. Tufte
Jon J. Jensen